IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES COUNTERMAN,** | Civil No. 1:22-cv-0592 |
| Petitioner, | |
| | (Judge Sylvia H. Rambo) |
| v. | |
| **WARDEN SAGE,** | |
| Respondent. | |

## O R D E R

**AND NOW**, this 14th day of December, 2022, upon consideration of Magistrate Judge Martin J. Carlson's Report and Recommendation (Doc. 21) in which he recommends that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed as moot because the petitioner is no longer in the custody of the Federal Bureau of Prisons, and noting that no objections to the report and recommendation have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation is **ADOPTED**;
2) The petition for a writ of habeas corpus is **DISMISSED AS MOOT**; and
3) The Clerk of Court is **DIRECTED** to close this file.

                                                    s/Sylvia H. Rambo
                                                    United States District Judge